Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  17−24774−JKS
          Chapter:  13
          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael D Jobbagy
   26 Hightop Road
   West Milford, NJ 07480

Social Security No.:
   xxx−xx−7915

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              10/12/17
Time:             09:00 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 8, 2017
JAN: clb

                                      Jeanne Naughton
                                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Michael D Jobbagy
     Debtor

Case No. 17-24774-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Sep 08, 2017
                      Form ID: 132      Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.
```
db              +Michael D Jobbagy,    26 Hightop Road,    West Milford, NJ 07480-4113
516955278       +Ditech Financial LLC.,    1100 Virginia Dr. Suite 100A,    Fort Washington, PA 19034-3276
516955279       +Phelan Hallinan Diamond,    and Jones, LLP.,    400 Fellowship Rd. #100,
                  Mt. Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 09 2017 00:56:35      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 09 2017 00:56:32      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517042012       +E-mail/Text: bankruptcy@certifiedcollection.com Sep 09 2017 00:56:26
                  Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
517055347        E-mail/Text: bankruptcy.bnc@ditech.com Sep 09 2017 00:56:19
                  Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516955277       Michael D. Jobbagy,   26 Hightop Rd.,   West Milford 8f)
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2017 at the address(es) listed below:
```
              Andrea    Silverman    on behalf of Debtor Michael D Jobbagy court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```