

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |

| In Re: | Case No.: | 17-24774 |
|---|---|---|
| Michael Jobbagy | Chapter: | 13 |
| | Judge: | Sherwood |

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, F, G, H
## OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: 9/5/17                              /s/ Honorable John K. Sherwood
                                          Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule _____, E/F_____
or to the List of Creditors on _____9/1/17_____, and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or
party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days
after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not
later than 14 days after the date of this Order, the following:

1.    A copy of the applicable *Notice of Chapter* ___13___ *Bankruptcy Case,* and

2.    In a Chapter 11 case:
    a) a copy of the last modified plan and disclosure statement, if any, and
    b) a copy of any order approving the adequacy of the disclosure statement and/or
       the scheduling of the plan for confirmation.

3.    In a Chapter 12 or Chapter 13 case:
    a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
    b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the
debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above
requirements.

*rev.11/17/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-24774-JKS
Michael D Jobbagy                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1          Date Rcvd: Sep 08, 2017
                              Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
db              +Michael D Jobbagy,    26 Hightop Road,    West Milford, NJ 07480-4113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2017 at the address(es) listed below:
          Andrea  Silverman    on behalf of Debtor Michael D Jobbagy court@andreasilvermanlaw.com,
           r62214@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                 TOTAL: 4