UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor: Ditech Financial LLC

In Re:

Michael D. Jobbagy
                    Debtor(s)

Case No.:     17-24774 JKS

Chapter:         13

Hearing Date:     12/14/2017

Judge:     John K. Sherwood

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Motion for Co-Debtor Relief filed on October 30, 2017; Docket No. 32.

_____

Date: October 30, 2017

/s/ Denise Carlon
Signature

*rev.8/1/15*