Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−24774−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael D Jobbagy
  26 Hightop Road
  West Milford, NJ 07480

Social Security No.:
  xxx−xx−7915

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 12/14/17 at 11:00 AM

to consider and act upon the following:

*35* − Motion for Approval to Participate in the Court&#039s Loss Mitigation Program. Filed by Andrea Silverman on behalf of Michael D Jobbagy. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Silverman, Andrea)

Dated: 11/9/17

                                                    Jeanne Naughton
                                                    Clerk, U.S. Bankruptcy Court