ANDREA SILVERMAN PC
150 RIVER ROAD
UNIT H4
MONTVILLE, NJ  07045

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
Chapter 13 Case # 17-24774

Re:   MICHAEL D JOBBAGY                                      Atty:   ANDREA SILVERMAN PC
      26 HIGHTOP ROAD                                                150 RIVER ROAD
      WEST MILFORD,  NJ  07480                                       UNIT H4
                                                                     MONTVILLE, NJ  07045

## RECEIPTS AS OF 12/31/2017    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/06/2017 | $50.00 | 24103447503 | 10/03/2017 | $50.00 | 23736117745 |
| 11/07/2017 | $100.00 | 23736120074 | 11/14/2017 | $100.00 | 23736121637 |
| 12/05/2017 | $100.00 | 23736118320 | | | |

**Total Receipts: $400.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $400.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 27.55 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | DITECH FINANCIAL LLC | MORTGAGE ARRE | 184,054.93 | 100.00% | 0.00 | 0.00 |
| 0002 | CERTIFIED CREDIT & COLLECTION BURE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | CHILTON MEDICAL CENTER | UNSECURED | 3,974.80 | 0.00% | 0.00 | 0.00 |

**Total Paid: $27.55**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $400.00      -      Paid to Claims: $0.00      -      Admin Costs Paid: $27.55      =      Funds on Hand: $472.45

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.