Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−24774−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael D Jobbagy
   26 Hightop Road
   West Milford, NJ 07480

Social Security No.:
   xxx−xx−7915

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/12/18 at 11:00 AM

to consider and act upon the following:

*48* − Application for Early Termination of Loss Mitigation Period. Filed by Nicholas V. Rogers on behalf of Ditech Financial LLC. Objection deadline is 3/5/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Rogers, Nicholas)

*49* − Objection to (related document:48 Application for Early Termination of Loss Mitigation Period. Filed by Nicholas V. Rogers on behalf of Ditech Financial LLC. Objection deadline is 3/5/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor Ditech Financial LLC) filed by Andrea Silverman on behalf of Michael D Jobbagy. (Attachments: # 1 Certificate of Service) (Silverman, Andrea)

Dated: 3/6/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court