Order Filed on July 18, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Andrea Silverman, PC
150 River Road, O2B
Montville, NJ 07045
(973) 794-3960/(973) 794-3962(fax)
Bar ID 018642004
Attorney for Debtor (s)

In Re:

Michael D. Jobbagy

Case No.:        17-24774

Chapter:        13

Judge:        JKS

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 18, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation filed by __Michael D. Jobbagy__, on __January 18, 2018__, and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by __Debtor__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __10/31/18__ .

The Loss Mitigation Period is terminated, effective _____ .

*new.8/1/11*